UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                               :
SHABANA ALI, et al.,                                           :
                                        Plaintiffs,            :
                                                               :        20 Civ. 8813 (LGS)
                        -against-                              :
                                                               :            ORDER
CHAD WOLFE, et al.,                                            :
                                        Defendants.           :
                                                               :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference is scheduled for December 17, 2020, 10:50 a.m.;

      WHEREAS, the Order, dated November 5, 2020, required the parties to file a proposed joint

letter and case management plan no later than seven days before the initial pretrial conference (Dkt. No.

9).  The parties failed to do so.  It is hereby

      **ORDERED** that the parties shall file their joint materials as soon as possible and no later than

**December 14, 2020, at 12:00 p.m**.


Dated: December 11, 2020
      New York, New York

_____
      **LORNA G. SCHOFIELD**
      **UNITED STATES DISTRICT JUDGE**