

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 11, 2020

VIA ECF
Hon. Lorna T. Schofield
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

> This application is GRANTED.  The initial pretrial conference scheduled for December 17, 2020, is adjourned to **January 14, 2021, at 10:50 a.m.**
>
> Dated:  December 14, 2020
>             New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:  *Ali, et al. v. Wolf, et al.*, No. 20 Civ. 8813 (LTS) (OTW)

Dear Judge Schofield:

    This Office represents the government in this action in which the plaintiffs seek an order compelling defendants, essentially the Department of State, the Department of Justice, and the Department of Homeland Security, to cause their IR-1 visa application to be adjudicated.  The government's response to the complaint is currently due on January 5, 2021.  The Court has scheduled a conference in this matter for December 17, 2020.  *See* ECF No. 9.  Counsel for the parties having conferred, I write respectfully to request on behalf of both sides that the December 17 conference be adjourned until a date at least one week after the deadline for the government to respond to the complaint (*i.e.*, on or after January 12, 2021).

    The extension is respectfully requested because this Office is still obtaining information about the case from the departments named in the complaint, which is necessary to discuss next steps in the adjudicative process with plaintiff's counsel and also to formulate the government's position in this litigation.  The parties anticipate that, prior to January 5, 2021, they will be in a position to discuss potential next steps and will make an appropriate application to the Court.  In the event that the Court grants the parties' requests, counsel for both sides note that they are available for a rescheduled conference during the week of January 11, 2021.

    This is the first request for an adjournment of the initial conference.  The plaintiff joins in this request.  In the event that the Court wishes to proceed with the December 17 conference, the parties are separately submitting the joint letter and case management plan required under the Court's November 5, 2020 Order.  *See* ECF No. 9.  We apologize for the one-day delay in making these submissions, which occurred due to a communications difficulty that prevented counsel from finalizing them until today.

    I thank the Court for its consideration of this letter.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:  *s/ Michael J. Byars*
MICHAEL J. BYARS
Assistant United States Attorney
Telephone:  (212) 637-2793
Facsimile:  (212) 637-2786
E-mail:  michael.byars@usdoj.gov

cc:  Counsel of record (via ECF)