

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 17, 2020

> This application is GRANTED.  Defendants' deadline to answer or otherwise respond to the Complaint is extended to **February 4, 2021**, and the initial pretrial conference scheduled for January 14, 2021, is adjourned to **February 11, 2021, at 10:50 a.m.**
>
> Dated:  December 18, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

VIA ECF
Hon. Lorna T. Schofield
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:     *Ali, et al. v. Wolf, et al.*, No. 20 Civ. 8813 (LTS)

Dear Judge Schofield:

This Office represents the government in this action in which the plaintiffs seek an order compelling defendants, essentially the Department of State, the Department of Justice, and the Department of Homeland Security, to cause their IR-1 visa application to be adjudicated.  The government's response to the complaint is currently due on January 5, 2021.  The Court has scheduled a conference in this matter for January 14, 2021.  *See* ECF No. 14 (granting the parties' request to adjourn the December 17, 2020 initial conference).  I write respectfully to request on behalf of both sides a thirty-day extension of the government's time to respond to the complaint (*i.e.*, to February 4, 2021).  I also respectfully request that the January 14 conference be adjourned *sine die* or, in the alternative, until a date at least one week after the requested extended deadline for the government to respond to the complaint (*i.e.*, on or after February 11, 2021).

The extension and adjournment are respectfully requested because a consular interview regarding the IR-1 visa application has now been scheduled to take place in Islamabad on January 19, 2021.  The State Department has informed this Office that, provided that plaintiffs appear for the interview with the requested updated documentation, and barring unforeseen circumstances, it anticipates being able to adjudicate the application to completion following the interview and within the extended time period requested, which would render this action moot.

This is the second request for an adjournment of the initial conference and first request for an extension of time for the government to respond to the complaint.  Plaintiff's counsel joins in these requests.

I thank the Court for its consideration of this letter.

> Respectfully submitted,
>
> AUDREY STRAUSS
> Acting United States Attorney
>
> By:   *s/ Michael J. Byars*
> MICHAEL J. BYARS
> Assistant United States Attorney
> Telephone:  (212) 637-2793
> Facsimile:  (212) 637-2786
> E-mail:  michael.byars@usdoj.gov

cc:  Counsel of record (via ECF)